IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF SOUTH CAROLINA

COLUMBIA DIVISION

| | |
|---|---|
| Janice M. Avins, )<br>                            )<br>            Plaintiff, )<br>                            )<br>    vs.                     )<br>                            )<br> Thompson Construction Group, )<br>                            )<br>            Defendant. )<br>                            ) | C/A No. 3:15-2822-MBS-SVH<br><br>**O R D E R** |

The court having been advised that the above action has been settled,

**IT IS ORDERED** that the action is hereby dismissed as to this claim.  If settlement is not consummated within sixty (60) days, any party may petition the court to reopen the action and restore it to the calendar.  Fed. R. Civ. P. 60(b)(6).  In the alternative, to the extent permitted by law, any party may within sixty (60) days petition the court to enforce the settlement.  <u>Fairfax Countywide Citizens v. Fairfax County</u>, 571 F.2d 1299 (4th Cir. 1978).

**IT IS SO ORDERED.**

/s/ Margaret B. Seymour  
Senior United States District Judge

Columbia, South Carolina

October 2, 2015